IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TINA WINBUSH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-3645

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed March 18, 2015.

An appeal from an order of the Circuit Court for Gadsden County.
Jonathan E. Sjostrom, Judge.

Nancy A. Daniels, Public Defender, and Edward L. Harvey and Steven L. Seliger, Assistant Public Defenders, Tallahassee, for Appellant.

No appearance for Appellee.

PER CURIAM.

AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.